```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JEFF LUBLIN, et al.<br><br>          Plaintiff,<br><br>     v.<br><br>YARTO INTERNATIONAL GROUP, et al.<br><br>          Defendant. | No. CV-06-3070-FVS<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

**IT IS HEREBY ORDERED:**

Pursuant to the Amended Notice of Voluntary Dismissal (Ct. Rec. 3), plaintiff's claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   16th   day of August, 2006.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                         United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE- 1